THE STATE OF OHIO, APPELLANT, *v.* ARMSTRONG, APPELLEE.

**[Cite as *State v. Armstrong*, 124 Ohio St.3d 473, 2010-Ohio-724.]**

*Certified question answered by the opinion in, and court of appeals' judgment affirmed on the authority of, State v. Singleton.*

(No. 2008-1241 — Submitted January 13, 2010 — Decided March 4, 2010.)

CERTIFIED by the Court of Appeals for Cuyahoga County, No. 89995, 2008-Ohio-2184.

_____

**{¶ 1}** The certified question is answered by our opinion in, and the judgment of the court of appeals is affirmed on the authority of, *State v. Singleton*, 124 Ohio St.3d 173, 2009-Ohio-6434, 920 N.E.2d 958.

MOYER, C.J., and PFEIFER, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., dissent for the reasons stated in the dissenting opinion of LANZINGER, J., in *State v. Singleton*.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Thorin Freeman, Assistant Prosecuting Attorney, for appellant.

_____